Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−12504−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas B. Bowker                              Jennifer L. Bowker
518 Berkeley Dr                               518 Berkeley Dr
Browns Mills, NJ 08015−3851                   Browns Mills, NJ 08015−3851

Social Security No.:
  xxx−xx−8081                                 xxx−xx−2421

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
     Debtor and Joint Debtor was entered on April 21, 2017.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 24, 2017
JAN: ckk

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-12504-CMG
Thomas B. Bowker                                                    Chapter 13
Jennifer L. Bowker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Apr 24, 2017
                             Form ID: 148          Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db/jdb        Thomas B. Bowker,   Jennifer L. Bowker,   518 Berkeley Dr,   Browns Mills, NJ  08015-3851
516636142     Emergency Phy Assoc of S. Jersey,   PO Box 740021,   Cincinnati, OH  45274-0021
516636145     JCP&L,   PO Box 4687,   Akron, OH  44310-0687
516743345     +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 24 2017 23:27:56     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 24 2017 23:27:53     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516636139     E-mail/Text: bankruptcy@cavps.com Apr 24 2017 23:28:11     Calvary,   PO Box 520,
               Valhalla, NY  10595-0520
516636140     E-mail/Text: kzoepfel@credit-control.com Apr 24 2017 23:27:58     Central Loan Admin & R,
               425 Phillips Blvd,   Ewing, NJ  08618-1430
516636141     EDI: DIRECTV.COM Apr 24 2017 23:14:00     Directtv,   PO Box 11732,   Newark, NJ  07101-4732
516636143     EDI: IIC9.COM Apr 24 2017 23:14:00     I C System Inc,   PO Box 64378,
               Saint Paul, MN  55164-0378
516636144     EDI: IIC9.COM Apr 24 2017 23:14:00     IC Systems, Inc.,   PO Box 64378,
               Saint Paul, MN  55164-0378
516636146     EDI: MID8.COM Apr 24 2017 23:13:00     Midland Credit Management, Inc.,   8875 Aero Dr Ste 200,
               San Diego, CA  92123-2255
516636147     EDI: VERIZONEAST.COM Apr 24 2017 23:14:00     Verizon,   500 Technology Dr Ste 30,
               Saint Charles, MO  63304-2225
                                                                              TOTAL: 9


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Travis J. Richards    on behalf of Joint Debtor Jennifer L. Bowker richardslegal@yahoo.com,
           G19226@notify.cincompass.com,travis.richards@yahoo.com
          Travis J. Richards    on behalf of Debtor Thomas B. Bowker richardslegal@yahoo.com,
           G19226@notify.cincompass.com,travis.richards@yahoo.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6