UNITED STATES BANKRUPTCY COURT

District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo

CN 4853

Trenton, NJ    08650

(609) 587-6888

Standing Chapter 13 Trustee

In re:

Thomas B. Bowker

Jennifer L. Bowker

**Order Filed on April 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-12504 / CMG

Hearing Date: April 19, 2017

Judge:  Christine M. Gravelle

## ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: April 21, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to attend the Section 341(a) meeting

- failure to make all required pre-confirmation payments to the Trustee

- failure to attend Confirmation Hearing

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated.  The employer is authorized to cease wage withholding immediately.  The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-12504-CMG
Thomas B. Bowker                                                          Chapter 13
Jennifer L. Bowker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Apr 24, 2017
                             Form ID: pdf903      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db/jdb          Thomas B. Bowker,    Jennifer L. Bowker,    518 Berkeley Dr,    Browns Mills, NJ  08015-3851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Travis J. Richards    on behalf of Joint Debtor Jennifer L. Bowker richardslegal@yahoo.com,
           G19226@notify.cincompass.com,travis.richards@yahoo.com
          Travis J. Richards    on behalf of Debtor Thomas B. Bowker richardslegal@yahoo.com,
           G19226@notify.cincompass.com,travis.richards@yahoo.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 6